UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **TERRI LYNN STRYKER,** ) | |
| ) | **Case No. 2:09-cv-00372** |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **Judge Smith** |
| **CBCS a/k/a CREDIT BUREAU** ) | **Magistrate Judge Abel** |
| **COLLECTION SERVICES, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Terri Lynn Stryker ("Stryker") and Defendant Credit Bureau Collection Services, Inc., a/k/a CBCS ("CBCS") hereby stipulate, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, to a dismissal of Stryker's claims against CBCS with prejudice. Each party shall bear its own costs. The Court will retain jurisdiction for settlement purposes only.

Respectfully submitted,

/s/Peter Cozmyk, by Joseph F. Elliott per authority on 9/17/09
Peter Cozmyk (#0078862), Trial Attorney
Krohn & Moss, Ltd.
3 Summit Park Drive, Suite 140
Independence, OH  44131
Telephone:  (216) 901-0609
Facsimile:  (866) 425-3459
E-Mail:  pcozmyk@consumerlawcenter.com
*Attorney for Plaintiff Terri Lynn Stryker*

/s/Joseph F. Elliott
Joseph F. Elliott (#0023113), Trial Attorney
Porter, Wright, Morris & Arthur
41 South High Street
Columbus, OH  43215
Telephone:  (614) 227-2120
Facsimile:  (614) 227-2100
E-Mail:  jelliott@porterwright.com
*Attorney for Defendant Credit Bureau Collection Services, Inc., a/k/a CBCS*

COLUMBUS/1504376 v.02